1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
DANIEL LAQUINN JONES                    )          No. C 10-5076 LHK (PR)
11                                        )
                          Petitioner,     )          ORDER OF TRANSFER
12                                        )
                                          )
13        vs.                             )
                                          )
14   ANTHONY HEDGEPETH, Warden            )
                                          )
15                        Respondent.     )
                                          )
16   ─────────────────────────────────── )

17          Petitioner, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28

18   U.S.C. § 2254 on November 9, 2010.  Petitioner seeks habeas relief from his underlying criminal

19   conviction and sentence from the Superior Court of California in Fresno, which lies in the

20   Eastern District of California.

21          Venue for a habeas action is proper in either the district of confinement or the district of

22   conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are

23   preferably heard in the district of conviction.  *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F.

24   Supp. 265, 266 (N.D. Cal. 1968).  Here, the Eastern District of California is the district of

25   conviction.

26          Accordingly, this case is TRANSFERRED to the United States District Court for the

27   Eastern District of California, the district of Petitioner's conviction at issue in this petition.  *See*

28   28 U.S.C. § 1404(a);  Habeas L.R. 2254-3(b)(1).  The Clerk shall terminate any pending motions

1    and transfer the entire file to the Eastern District of California.

2          IT IS SO ORDERED.

3    DATED: _12/17/2010_____          _____
                                               LUCY H. KOH
4                                              United States District Judge