UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LAQUINN JONES,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN ANTHONY HEDGEPETH,<br><br>    Respondent. | 1:10-cv–02398-OWW-SKO-HC<br><br>ORDER DIRECTING BRIEFING BY RESPONDENT IN THIRTY (30) DAYS<br><br>ORDER PERMITTING A REPLY BY PETITIONER WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE RESPONDENT'S BRIEF |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.  Pending before the Court is Petitioner's motion to supplement exhibits and argument, filed on April 21, 2011.

    The Court has reviewed the motion to supplement and has determined that further briefing would be helpful.

    Accordingly, it is ORDERED that Respondent shall file opposition or notice of non-opposition to the motion no later than thirty (30) days after the date of service of this order.
///

1  Petitioner may file a reply no later than twenty (20) days
2 after the date of service of Respondent's opposition.

IT IS SO ORDERED.

**Dated:  July 6, 2011**                            **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

2