UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL LAQUINN JONES, | ) | 1:10-cv—02398-OWW-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER DEFERRING CONSIDERATION OF |
| | ) | THE MOTION TO SUPPLEMENT EXHIBITS |
| | ) | AND ARGUMENT UNTIL THE MERITS OF |
| v. | ) | THE PETITION ARE CONSIDERED |
| | ) | (DOC. 22) |
| WARDEN ANTHONY HEDGEPETH, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.  Pending before the Court is Petitioner's motion to supplement exhibits and argument, filed on April 21, 2011.

The Court has reviewed the motion to supplement and the briefing recently filed by the parties.

A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties.  Landis v. North American Co., 299 U.S. 248, 254-255 (1936); Ferdik v. Bonzelet, 963 F.2d 1258, 1260

1  (9th Cir. 1992).
2      In the exercise of its discretion, the Court DEFERS
3  consideration of, and ruling on, the motion until the Court
4  considers the merits of the petition.

6  IT IS SO ORDERED.

7  **Dated:   August 18, 2011**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE