1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| DANIEL LAQUINN JONES, | ) 1:10-cv—02398-LJO-SKO-HC |
| | ) |
| Petitioner, | ) ORDER GRANTING PETITIONER'S |
| | ) MOTION TO PROCEED IN FORMA |
| | ) PAUPERIS ON APPEAL  (DOC. 34) |
| v. | ) |
| | ) ORDER DIRECTING THE CLERK TO |
| RICK HILL, Warden, | ) SERVE THIS ORDER ON THE CLERK OF |
| | ) THE COURT OF APPEALS FOR THE |
| Respondent. | ) NINTH CIRCUIT |
| | ) |
| | ) |

17      Petitioner is a state prisoner who proceeded pro se with a

18 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

19 The matter has been referred to the Magistrate Judge pursuant to

20 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

21      On November 15, 2012, the Petitioner's petition for writ of

22 habeas corpus filed pursuant to 28 U.S.C. § 2254 was denied, and

23 the Court declined to issue a certificate of appealability.

24      Petitioner filed a notice of appeal on December 10, 2012,

25 along with a motion to proceed in forma pauperis.

26      A party who was permitted to proceed in forma pauperis in

27 the district court may proceed in forma pauperis on appeal

28 without further authorization unless the district court certifies

1

1  that the appeal is not taken in good faith. See Fed. R. App. P.

2  24(a)(3).  In this case, Petitioner paid the filing fee and did

3  not proceed in this Court in forma pauperis.  Thus, Petitioner is

4  not automatically entitled to proceed in forma pauperis on

5  appeal.

6      However, Petitioner has submitted an application to proceed

7  in forma pauperis in which Petitioner shows that he is unable to

8  pay the fees associated with the appeal or give security

9  therefor.  Because Petitioner makes the showing required by 28

10 U.S.C. § 1915(a)(1) and Fed. R. App. P. 24(a)(1), the Court will

11 grant Petitioner's motion to proceed in forma pauperis in his

12 appeal.

13     Accordingly, it is ORDERED that:

14     1. Petitioner's motion to proceed in forma pauperis on

15 appeal is GRANTED; and

16     2. The Clerk of Court is DIRECTED to serve a copy of this

17 order on the Court of Appeals for the Ninth Circuit.

18

19 IT IS SO ORDERED.

20 **Dated:   December 12, 2012**               **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2